Certificate Number: 05781-PAE-DE-033456623

Bankruptcy Case Number: 19-13954



05781-PAE-DE-033456623

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 24, 2019, at 9:20 o'clock AM PDT, Jacqueline Fenstermacher completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 24, 2019          By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President