```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                           Case No. 19-13954-jkf
Jacqueline Fenstermacher                                         Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin              Page 1 of 2              Date Rcvd: Oct 25, 2019
                              Form ID: 318             Total Noticed: 22

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2019.
db            +Jacqueline Fenstermacher,    53 North Main St.,    Telford, PA 18969-1702
14344912       Boscov's - Comenity Capital Bank,    PO Box 183043,    will,    Columbus, OH 43218-3043
14344916      +Costco Citi Visa,    PO Box 790046,    Saint Louis, MO 63179-0046
14344917      +Discover,    PO Box 742655,    Cincinnati, OH 45274-2655
14344918      +Home Depot,    PO Box 14547,    Des Moines, IA 50306-3547
14344919      +John R Fenstermacher,    53 North Main St.,    Telford, PA 18969-1702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QRHHOLBER.COM Oct 26 2019 07:18:00      ROBERT H. HOLBER,    Robert H. Holber PC,
                41 East Front Street,    Media, PA 19063-2911
smg            E-mail/Text: megan.harper@phila.gov Oct 26 2019 03:40:00      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 26 2019 03:39:35
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 26 2019 03:39:51      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14344910      +EDI: AMEREXPR.COM Oct 26 2019 07:18:00      American Express,    P.O. Box 981537,
                El Paso, TX 79998-1537
14344911       EDI: BANKAMER.COM Oct 26 2019 07:18:00      Bank of America,    P.O. Box 982238,
                El Paso, TX 79998
14344913      +EDI: CHASE.COM Oct 26 2019 07:18:00      Chase,    PO Box 15369,    Wilmington, DE 19850-5369
14344914      +E-mail/Text: bankruptcycollections@citadelbanking.com Oct 26 2019 03:40:07       Citadel,
                520 Eagleville Blvd.,    Exton, PA 19341-1119
14344915      +EDI: CITICORP.COM Oct 26 2019 07:18:00      Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
14344922       E-mail/Text: key_bankruptcy_ebnc@keybank.com Oct 26 2019 03:39:47       Key Bank,
                P.O. Box 94955,    Cleveland, OH 44101-4955
14344923      +E-mail/Text: bncnotices@becket-lee.com Oct 26 2019 03:39:21      Kohl's,    P.O. Box 3115,
                Milwaukee, WI 53201-3115
14344924       E-mail/Text: jennifer.chacon@spservicing.com Oct 26 2019 03:40:17
                Select Portfolio Services, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14344925      +EDI: CHASE.COM Oct 26 2019 07:18:00      Southwest,    PO Box 15369,    Wilmington, DE 19850-5369
14345581      +EDI: RMSC.COM Oct 26 2019 07:18:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
14344926      +EDI: RMSC.COM Oct 26 2019 07:18:00      Synchrony Bank,    P.O. Box 965005,
                Orlando, FL 32896-5005
14344927       EDI: WTRRNBANK.COM Oct 26 2019 07:18:00      Target National Bank,    C/O Target Credit Services,
                P.O. Box 673,    Minneapolis, MN 55440-0673
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +ROBERT H. HOLBER,    Robert H. Holber PC,    41 East Front Street,    Media, PA 19063-2911
14344920*     +John R Fenstermacher,    53 North Main St.,    Telford, PA 18969-1702
14344921*     +John R. Fenstermacher,    53 North Main St.,    Telford, PA 18969-1702
                                                                                        TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Oct 25, 2019
                              Form ID: 318             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2019 at the address(es) listed below:

          KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee, et al... bkgroup@kmllawgroup.com
          ROBERT EDWARD ANGST    on behalf of Debtor Jacqueline  Fenstermacher RobertAngst@Angstlaw.com, Info@Angstlaw.com
          ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.axosfs.com
          ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com, rholber@ecf.axosfs.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                               TOTAL: 5

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Jacqueline Fenstermacher** | Social Security number or ITIN **xxx–xx–0187** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of Pennsylvania** | | |
| Case number: **19–13954–jkf** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jacqueline Fenstermacher

<u>10/24/19</u>   **By the court:** <u>Jean K. FitzSimon</u>
                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---