United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-13954-jkf
Jacqueline Fenstermacher                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW           Page 1 of 1            Date Rcvd: Oct 30, 2019
                              Form ID: 195             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2019.
db             +Jacqueline Fenstermacher,    53 North Main St.,   Telford, PA 18969-1702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2019 at the address(es) listed below:
          KEVIN G. MCDONALD   on behalf of Creditor   U.S. Bank National Association, as Indenture Trustee, et al... bkgroup@kmllawgroup.com
          ROBERT EDWARD ANGST   on behalf of Debtor Jacqueline  Fenstermacher RobertAngst@Angstlaw.com, Info@Angstlaw.com
          ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.axosfs.com
          ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com, rholber@ecf.axosfs.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Jacqueline Fenstermacher  : Case No. 19−13954−jkf

    Debtor(s)

## *ORDER*

_____

AND NOW, this day , October 30,2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

15
Form 195